**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAJID ABDOFARA,

      Plaintiff,

                                Case No. 24-12017
v.                             Hon. Jonathan J.C. Grey

WAYNE COUNTY SHERIFF'S OFFICE,
et al.,

      Defendants.

_____/

**<u>ORDER ADOPTING REPORT AND</u>**
**<u>RECOMMENDATION (ECF No. 46)</u>**

On October 21, 2024, pro se Plaintiff Majid Abdofara filed this civil

rights case pursuant to 42 U.S.C. § 1983. (ECF No. 13.) On March 31,

2025, Majid filed a motion for temporary restraining order. (ECF No. 17.)

On November 24, 2025, Defendants filed a motion to sever. (ECF No. 38.)

This matter now comes before the Court on Magistrate Judge

Elizabeth Stafford's Report and Recommendation dated January 6, 2026.

(ECF No. 46.) In the Report and Recommendation, Magistrate Judge

Stafford recommends that the Court dismiss the complaint for failure to

prosecute, deny as moot Abdofara's motion for temporary restraining

order (ECF No. 17), and deny as moot Defendant's motion to sever (ECF No. 38). (ECF No. 46, PageID.293.) No party has filed an objection to the Report and Recommendation.[1]

The Court has had an opportunity to review this matter and finds that Magistrate Judge Stafford reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Stafford's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated January 6, 2026 (ECF No. 46) is **ADOPTED**

---

[1] The Court notes that, as of December 12, 2025, all mail sent to Abdofara, including the Report and Recommendation, has been returned as undeliverable. (*See* ECF Nos. 42, 45, 47, 48, 49.) On August 6, 2024, Abdofara was provided a notice regarding his responsibility to notify the Court of any address changes. (ECF No. 3.) The notice warned Abdofara that "[f]ailure to promptly notify the court of a change in address or other contact information may result in the **dismissal** of [his] case." (*Id.*, PageID.43.)

as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that the motion for temporary restraining order (ECF No. 17) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion to sever (ECF No. 38) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Abdofara's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: March 30, 2026                    **s/Jonathan J.C. Grey**
                                          Jonathan J.C. Grey
                                          United States District Judge

## <u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager